Ida G. Hogg, individually and as administratrix of the estate of Lloyd W. Hogg, deceased, appellee, v. Robert Eckhardt, appellant. Gen. No. 31,999.

Opinion filed June 19, 1928.
Cooke, Sullivan & Ricks, George H. Mason and Ben N. Breding, for appellant; George A. Cooke and Edward H. Fiedler, of counsel.
Albert Fink, Francis M. Lowes and Henry N. Shabsin, for appellee.
Mr. Presiding Justice Barnes delivered the opinion of the court.

Wilshire Apartment Building Corporation, appellee, v. Deane Moffat Linton, appellant. Gen. No. 32,316.

Opinion filed June 19, 1928.
Joseph B. Lawler, for appellant. Gann, Secord & Stead, for appellee; Loy N. McIntosh and Junius C. Scofield, of counsel.
Mr. Justice Gridley delivered the opinion of the court.

Emil H. Christiansen, appellee, v. A. L. Bentley & Son, appellant. Gen. No. 32,325.

Opinion filed June 19, 1928.
Harvey L. Cavender and Frank H. Shapiro, for appellant. Newton R. Gilmore, for appellee.
Mr. Justice Gridley delivered the opinion of the court.

Bella Schiff, appellee, v. Abe Kessler and Jenny (or Jennie) Kessler, appellants. Gen. No. 32,334.

Opinion filed June 19, 1928.
Maurice L. Davis, for appellants. Samuel H. Fleischer, for appellee.
Mr. Justice Gridley delivered the opinion of the court.